### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER AMENDING CONDITIONS** |
| ) | **OF RELEASE** |
| v. ) | |
| ) | |
| Rebekkah Webb, ) | Case No.: 1:24-cr-00078 |
| ) | |
| Defendant. ) | |

Defendant was charged in an Indictment with (1) conspiracy to distribute and possess with intent to distribute controlled substances; and (2-3) distribution of a controlled substance. The court held a detention hearing and ordered Defendant detained pending trial. (Doc. Nos. 37-38).

On June 17, 2024, Defendant filed a motion for release to Providence House in Minot, North Dakota so she could participate in residential treatment. (Doc. No. 39). The court granted Defendant's motion the same day, with the condition Defendant does not have direct or indirect contact with her codefendant. (Doc. No. 40).

On July 12, 2024, Defendant filed a motion to modify conditions of release. (Doc. No. 46). She requested the court modify her conditions of release to allow her to transition from the Providence House to reside with her mother at her mother's residence in Williston, North Dakota and to continue aftercare treatment. The court granted Defendant's motion on July 15, 2024. (Doc. No. 49).

On October 15, 2024, co-defendant, Michael Edmond Mann, filed a motion to modify conditions of release so he may communicate with Defendant pertaining to issues related to their newborn child. The court granted Defendant's motion, permitting Mr. Mann to communicate with Defendant as it pertains to their child, and that there be no discussion of their pending cases.

Accordingly, the court also modifies Defendant's conditions of release so she may communicate with Mr. Mann as it pertains to their child. The parties shall not discuss their pending cases. Defendant remains subject to all of her previously imposed conditions of release.

**IT IS SO ORDERED.**

Dated this 16th day of October, 2024.

                                                            */s/ Clare R. Hochhalter*
                                                            Clare R. Hochhalter, Magistrate Judge
                                                            United States District Court